UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Petitioner,<br>    v.<br><br>KPMG LLP,<br><br>                  Respondent. | CASE NO. 2:24-mc-00040-LK<br><br>ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS |

      This matter comes before the Court on the United States' Unopposed Motion to Approve Voluntary Dismissal. Dkt. No. 16. Respondent KPMG LLP has now produced the documents that were the subject of the United States' Petition to Enforce IRS Summons. *Id.* at 1; Dkt. No. 1. Pursuant to the motion, this action is hereby DISMISSED without prejudice and without court-ordered costs or attorney's fees to either party. *See* Fed. R. Civ. P. 41(a)(2).

      Dated this 10th day of October, 2024.

                                                  Lauren King
                                                  United States District Judge